UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN RAMIREZ,

                Petitioner,

      -against-

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

05 Civ. 4179 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      On September 16, 2021, Defendant Juan Ramirez submitted a letter stating that, in light of this Court's order reducing his life sentence to time served pursuant to 18 U.S.C. § 3582(c)(1)(A), he "respectfully withdraws all of his other motions that are currently pending before this Court and awaiting adjudication." (Sept. 16, 2021 Def. Ltr. (Case No. 98 Cr. 438, Dkt. No. 461) (citing Sept. 13, 2021 order (Case No. 98 Cr. 438, Dkt. No. 459)))

      Accordingly, Defendant Juan Ramirez's motion pursuant to 28 U.S.C. § 2255 (Dkt. No. 1) is withdrawn. The Clerk of Court is directed to close this case.

Dated: New York, New York
       September 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge